# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | **(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER: 10-mj-7000-KMT |
| | Pro Se |
| GARY J. MITCHELL | (Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information, transferred from the Western District of Texas, Waco Division.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; T.T.C. § 545.401 | Reckless Driving | On or about May 27, 2007 | 1 |

Defendant to pay fine of $250 and processing fee of $25, for a total of $275 due within seven (7) days of this date, or by May 26, 2010. No further conditions imposed.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine |
|---|---|---|
| **Total:** $275.00 | $25 Processing fee | $250.00 |

May 19, 2010
_____
Date of Imposition of Judgment

s/Kathleen M. Tafoya
_____
Signature of Judicial Officer

Kathleen M. Tafoya, U.S. Magistrate Judge
_____
Name & Title of Judicial Officer

May 27, 2010
_____
Date